1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MERCY EUFEMIA MARQUEZ,                    Case No. EDCV 15-1002 DMG (SS)

12                  Plaintiff,

13        v.                                  **JUDGMENT**

14  CAROLYN  W.  COLVIN,  Acting
    Commissioner  of  the  Social
15  Security Administration,

16                  Defendant.

17

18

19        Pursuant to the Court's Order Accepting Findings, Conclusions

20  and Recommendations of United States Magistrate Judge,

21

22        IT IS HEREBY ADJUDGED that the decision of the Commissioner

23  is AFFIRMED and this action is dismissed with prejudice.

24

25  DATED:  September 26, 2016

26

27                                      _____
                                              DOLLY M. GEE
28                                      UNITED STATES DISTRICT JUDGE